**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Travis O'Neal Bluntson v. The State of Texas

Appellate case number:   01-18-01100-CR

Trial court case number: 2012R-0022

Trial court:             155th District Court of Austin County


Appellant's second motion for extension of time to file his response to his counsel's *Anders* brief is hereby GRANTED. Appellant's brief is due January 25, 2020.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                          Acting individually


Date: December 31, 2019